UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MIAMI VALLEY FAIR HOUSING
CENTER, INC., *et al.*,

    Plaintiffs,

vs.

TOWNE PROPERTIES ASSET
MANAGEMENT COMPANY,
*et al.*,

    Defendants.

Case No. 3:24-cv-53

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURT FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE IN THE DAYTON SEAT OF COURT**

---

    The undersigned has recently acquired a conflict of interest in this case.  Consequently, recusal is warranted.  *See* 28 U.S.C. § 455(a).  The undersigned therefore **RECUSES** himself from this case and **REFERS** this matter to the Clerk of Court for random reassignment to another United States District Judge in the Dayton seat of Court eligible to preside over this case.

    **IT IS SO ORDERED.**

    May 31, 2024                                       s/Michael J. Newman
                                                                               Hon. Michael J. Newman
                                                                               United States District Judge